**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lakeisha S. and Sidney A., Defendants,

Of whom Lakeisha S. is the Appellant,

In the Interest of a minor under the age of 18.

Appellate Case No. 2012-210466

———————————

Appeal From Greenville County
W. Marsh Robertson, Family Court Judge

———————————

Unpublished Opinion No. 2012-UP-488
Submitted July 31, 2012 – Filed August 6, 2012

———————————

**AFFIRMED**

———————————

Jonathan Ashley Neal, of Greenville, for Appellant.

Kathryn Walsh Gooch, of Greenville, and Deborah Murdock, of the Murdock Law Firm, LLC, of Mauldin, for Respondent.

Robert A. Clark, of Greenville, for Guardian ad Litem.

———————

**PER CURIAM:**  Lakeisha S. appeals from the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**

**FEW, C.J., and HUFF and SHORT, JJ., concur.**